IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

RYAN KRISTOPHER JAMES DENNIS, )
)
        Petitioner, )
)
v. )
)
LORIE DAVIS, Director, Texas Department )
of Criminal Justice, Correctional Institutions )
Division, )
)
        Respondent. ) Civil Action No. 1:15-CV-231-C

## ORDER

In the Report and Recommendation filed July 26, 2017, the Magistrate Judge recommended that this action be DISMISSED WITH PREJUDICE, and alternatively, DENIED. Petitioner failed to file any objections to the Report and Recommendation. After reviewing the thorough Report and Recommendation for plain error, the Court finds that the findings and conclusions of the Magistrate Judge are correct and adopts them as the findings and conclusions of the Court. Accordingly, Petitioner's petition for writ of habeas corpus under § 2254 is **DENIED** and this case is **DISMISSED WITH PREJUDICE**.

All relief not expressly granted is denied and any pending motions are denied.

Pursuant to Rule 22 of the Federal Rules of Appellate Procedure and 28 U.S.C. § 2253(c), this Court finds that a certificate of appealability should be denied. For the reasons set forth herein, Movant has failed to show that a reasonable jurist would find (1) this Court's "assessment of the constitutional claims debatable or wrong," or (2) "it debatable whether the petition states a

valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

SO ORDERED this 23rd day of August, 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE